**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
JOHN T. JASNOCH (CA 281605)
jjasnoch@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508

*Attorneys for Plaintiff IBEW Local No. 640 and Arizona Chapter NECA Pension Trust Fund*

[Additional counsel on signature page.]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL NO. 640 AND ARIZONA CHAPTER NECA PENSION TRUST FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COLONY NORTHSTAR, INC., RICHARD B. SALTZMAN, DARREN J. TANGEN, NEALE REDINGTON, and DAVID T. HAMAMOTO,<br><br>Defendants. | Case No. 2:18-cv-04954<br><br>**NOTICE OF RELATED CASES**<br><br>JURY TRIAL DEMANDED |

Pursuant to Rule 83-1.3.1 of the Local Civil Rules for the United States District Court for the Central District of California, Plaintiff IBEW Local No. 640 and Arizona Chapter NECA Pension Trust Fund hereby submits this Notice of Related Cases as follows:

1. This action is related to the Class Action Complaint for Violations of the Federal Securities Laws recently brought and filed in this Court on April 6, 2018, captioned *Barry v. Colony NorthStar, Inc.*, No. 2:18-cv-02888-GW-MRW (the "*Barry* Action").

2. This action is also related to the Class Action Complaint for Violations of the Federal Securities Laws recently brought and filed in this Court on April 26, 2018, captioned *Klein v. Colony NorthStar, Inc.*, No. 2:18-cv-03520-PA-AGR (the "*Klein* Action").

3.     This action is related to both the *Barry* and *Klein* Actions in that all of these cases arise from, or relate to, substantially the same transactions and/or events and involve substantially the same facts and questions of law.

Dated: June 4, 2018                                    **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

  /s/ John T. Jasnoch
John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508

– and –

Donald A. Broggi
dbroggi@scott-scott.com
Tom Laughlin (*pro hac vice* forthcoming)
tlaughlin@scott-scott.com
Rhiana Swartz (*pro hac vice* forthcoming)
rswartz@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334

***Attorneys for Plaintiff IBEW Local No. 640 and Arizona Chapter NECA Pension Trust Fund***


## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

Executed on June 4, 2018, at San Diego, California.

    /s/ John T. Jasnoch
John T. Jasnoch (CA 281605)